**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| **In re: Shelley Blane McAvoy**<br>**Jason Ross McAvoy** | **CASE NO. 12–61722** |
| Debtor(s) | **CHAPTER 13** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed without predjudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said final report within fourteen (14) days after filing of same or such extended time as may be granted upon proper application made within said fourteen (14) days period, and the estate be closed. <u>If the Discharge Order has been issued,</u>

<u>the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 8/9/12

_____
WILLIAM E ANDERSON, JUDGE

van02.jsp

```
                              United States Bankruptcy Court
                                Western District of Virginia

In re:                                                              Case No. 12-61722-wea
Shelley Blane McAvoy                                                Chapter 13
Jason Ross McAvoy
         Debtors                   CERTIFICATE OF NOTICE

District/off: 0423-6          User: adamsm               Page 1 of 2             Date Rcvd: Aug 09, 2012
                              Form ID: van02             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2012.
db/jdb     +Shelley Blane McAvoy,    Jason Ross McAvoy,    1392 Colby Dr.,    Forest, VA 24551-1789
cr         +Citibank, N.A. as Trustee for the Certificateholde,    c/o Shapiro Brown & Alt, LLP,
             236 Clearfield Ave Ste 215,    VA Beach, VA 23462-1893
cr         +Citibank, N.A., as Trustee for certificateholders,    c/o Shapiro Brown & Alt, LLP,
             236 Clearfield Ave, Ste 215,    VA Beach, VA 23462-1893
3614049    +CitiFinancial,    300 Saint Paul Pl,    BSP 13A,    Baltimore, MD 21202-2120
3622369    +Citibank, N.A. as Trustee for the Certificateholde,    236 Clearfield Ave Ste 215,
             VA Beach, VA 23462-1893
3622443    +Citibank, N.A., as Trustee for certificateholders,    236 Clearfield Ave, Ste 215,
             VA Beach, VA 23462-1893
3614048     FIA Card Services,    Bank of America,    PO Box 982238,    El Paso, TX  79998-2238
3614044    +Leap Auto Loans Inc.,    P.O. Box 910620,    San Diego, CA 92191-0620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3623503    +E-mail/Text: bankruptcy@bbandt.com Aug 09 2012 21:22:48     BB&T Bankruptcy Section,
             PO Box 1847,   Wilson, NC 27894-1847
3614046    +EDI: MID8.COM Aug 09 2012 21:18:00      Midland Funding LLC,    8875 Aero Dr.,   Suite 200,
             San Diego, CA 92123-2255
3614045    +E-mail/Text: bankruptcy@stellarone.com Aug 09 2012 21:29:47     StellarOne Bank,   105 Arbor Dr.,
             PO Box 600,   Christiansburg, VA 24068-0600
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3614047      Somerset Meadows
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0423-6          User: adamsm              Page 2 of 2              Date Rcvd: Aug 09, 2012
                              Form ID: van02            Total Noticed: 11


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2012 at the address(es) listed below:
              Christine S. Patterson    on behalf of Creditor   Citibank, N.A. as Trustee for the
               Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust,
               Mortgage Pass-Through Certificates Series 2006-4 vabecf@logs.com,   vabecf@logs.com
              Herbert L Beskin(82)    hbeskinch13@ntelos.net,  hbeskin13@ecf.epiqsystems.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

Case 12-61722    Doc 16    Filed 08/11/12    Entered 08/12/12 01:15:47    Desc Imaged
Certificate of Notice    Page 3 of 3